# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO ALFONSO, | ) Case No.: 1:15-cv-001891 JLT |
| Plaintiff, | ) |
| | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) |
| | ) (Doc. 21) |
| NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK, | ) |
| Defendant. | ) |

On May 9, 2016, Plaintiff notified the Court he has settled the matter. (Doc. 21) Thus, the Court **ORDERS**:

1. The parties **SHALL** file their stipulated dismissal no later than **June 6, 2016**;
2. All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

**<u>Failure to comply with this order may result in the imposition of sanctions including the dismissal of the action or striking the answer and entering default.</u>**

IT IS SO ORDERED.

Dated:   **May 10, 2016**                     **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE