UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO ALFONSO, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, D/B/A AMTRAK, corporate form unknown AND DOES 1 TO 50, inclusive <br><br> Defendants. | Case No.:  1:15-cv-01891-JLT <br><br> [~~PROPOSED~~] **ORDER RE JOINT MOTION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** <br><br> (Doc. 23) |

    THE COURT, having reviewed and approved the Joint Motion to Dismiss Entire Action with Prejudice by and between Plaintiff REYNALDO ALFONSO *in propria persona* and Defendant NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK, orders as follows:

///

///

///

///

-1-

1  IT IS ORDERED THAT the Joint Motion to Dismiss Entire Action with
2  Prejudice between Plaintiff REYNALDO ALFONSO and Defendant NATIONAL
3  RAILROAD PASSENGER CORPORATION service mark AMTRAK is approved
4  and this action is dismissed with prejudice.

IT IS SO ORDERED.

  Dated:  **May 24, 2016**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE